McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>THEODORE STOVALL and<br>ELMER STEWART,<br><br>   Defendants. | NO. CR. S. 05-53 DFL<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR A DEPOSITION<br>PURSUANT TO FRCrP 15**<br><br>DATE: December 19, 2005<br>TIME: 3:00 p.m.<br>Hon. Kimberly J. Mueller, USMJ |

**THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, that pursuant to Federal Rule of Criminal Procedure 15, in the interests of justice and due to exceptional circumstances, a videotaped deposition before a United States Magistrate Judge is necessary to preserve the testimony of Special Agent Laura Zelinski of the Drug Enforcement Administration, San Francisco Division.

The above-captioned case is set for trial before this Court on January 23, 2006, at 9:00 a.m.  However, SA Zelinski will be unavailable to testify on that date because she will be in Iraq serving on a 90-day detail.  SA Zelinski is a material and necessary witness because she participated in the search of the defendants' residence and will be able to testify as to what she recovered in the search, Defendant Stewart's post-Miranda

statements, and events she witnessed concerning Ms. Marjorie Bryant.

The parties have agreed that a video deposition before a United States Magistrate Judge is necessary, and, if this Court so orders, have made arrangements to appear in the United States Courthouse, 501 I Street, Sacramento, California, before the Honorable Kimberly J. Mueller on Monday, December 19, 2005, at 3:00 p.m.

The United States will alert the United States Marshal's Service that Defendants' presence before Judge Mueller is required on December 19, 2005.

DATED:   December 9, 2005

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

By:   /s/ Ellen V. Endrizzi

      ELLEN V. ENDRIZZI
      Assistant U.S. Attorney

LAW OFFICE OF DWIGHT M. SAMUEL

By:   /s/ Dwight M. Samuel
      per telephonic authority
      DWIGHT M. SAMUEL
      Attorney for Elmer Stewart

LAW OFFICE OF ANTHONY CAPOZZI

By:   /s/ Anthony Capozzi
      per telephonic authority
      ANTHONY CAPOZZI
      Attorney for Theodore Stovall

**O R D E R**

In Case Number CR. S. 05-00053, pursuant to Federal Rule of Criminal Procedure 15, with exceptional circumstances having been

shown and in the interests of justice as described above, this Court orders Special Agent Laura Zelinski of the Drug Enforcement Agency to appear before the Honorable Kimberly J. Mueller on December 19, 2005, at 3:00 p.m., for a videotaped deposition to preserve her testimony.  Defendants are ordered to be present for the examination of the witness.

　　　IT IS SO ORDERED.

Dated:  December 13, 2005

_____
DAVID F. LEVI
United States District Judge